# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JERRY DALE TODD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:14-cv-01701-SLB-SGC |
| ) | |
| COL. CLAY B. GUNNIN, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on August 18, 2015, recommending the plaintiff's motion for leave to conduct additional discovery be denied, and further recommending the defendant's motion for summary judgment be granted and this matter be dismissed with prejudice.  No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and her recommendation is **ACCEPTED**.  The Court **EXPRESSLY FINDS** there are no genuine issues of material fact and the defendant is entitled to judgment as a matter of law.  Accordingly, the plaintiff's motion for leave to conduct additional discovery (doc. 17) is **DENIED**, the defendant's motion for summary judgment is due to be granted, and this action is due to be dismissed with prejudice.

A Final Judgment will be entered.

**DONE** this 16th day of September, 2015.

_____
SHARON LOVELACE BLACKBURN
SENIOR UNITED STATES DISTRICT JUDGE